ACCEPTED
05-13-01467-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 9:44:59 AM
LISA MATZ
CLERK

## No. 05-13-01467-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 9:44:59 AM
LISA MATZ
Clerk

| | |
|---|---|
| **CERGON, INC. d/b/a PRIMO'S BAR AND GRILL and EDWARD CERVANTES** | **APPELLANTS** |
| **v.** | |
| **CHEUNG-LOON, LLC** | **APPELLEE** |

## MOTION TO DISMISS FOR WANT OF PROSECUTION
[filed by Appellee]

Appellee Cheung-Loon, LLC, respectfully moves this honorable Court to dismiss this appeal for want of prosecution pursuant to Tex. R. App. P. 38.8(a)(1) and 42.3(b) and (c), stating as follows:

1. Appellants filed their notice of appeal in the trial court on October 22, 2013.

2. On May 21, 2014, the Court ordered Appellants to file their briefs on or before June 23, 2014. Appellants sought and were granted an extension of that deadline to July 23, 2014.

-1-

3.     Counsel for Appellants then moved to withdraw, which motion was granted on July 17, 2014. The Court extended the Appellants' briefing deadline to September 19, 2014.

4.     The Court dismissed the appeal of Appellant Cergon, Inc., on September 9, 2014, leaving Edward Cervantes as the sole Appellant.

5.     The September 19, 2014, briefing deadline passed without any brief being filed.

6.     On September 30, 2014, the Court again extended Appellant Cervantes's briefing deadline, requiring his brief be filed on or before October 13, 2014. The Court warned that this appeal would be dismissed without further notice if Cervantes failed to file his brief and a motion to extend time by that deadline.

7.     As of the date of this motion, Appellant Cervantes has filed neither a brief nor a motion to extend his briefing deadline.

8.      This Court may dismiss this appeal for want of prosecution due to Appellant's failure to timely file his brief. Tex. R. App. P. 38.8(a)(1). The Court may also dismiss due to Appellant's failure to comply with the Court's previous orders. Tex. R. App. P. 42.3(c).

9.     Because this Court provided notice to Appellant on Septem-

ber 30, 2014, of its intent to dismiss this appeal if his brief was not filed on October 13, 2014, the Court need not further delay the dismissal of this appeal.

10. Appellant Cervantes's failure to file a brief demonstrates that he does not intend to pursue this appeal. Accordingly, this appeal should be dismissed for want of prosecution.

For the reasons set forth above, Appellee respectfully prays that this appeal be dismissed for want of prosecution.

Respectfully submitted,

*/s/ Jadd F. Masso*
JADD F. MASSO
State Bar No. 24041411
jadd.masso@strasburger.com

STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (facsimile)

ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served on the Appellant by certified mail, return receipt requested, at the following address of record:

Mr. Edward Cervantes
1901 N. Haskell Ave. #120
Dallas, Texas 75226

on January 27, 2015.

/s/ Jadd F. Masso

JADD F. MASSO